5

DAA

FILED IN OPEN COURT

MAR 27 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 14-00051-KD |
| | * | |
| CHARLES D. HOLLIFIELD, III and | * | USAO NO. 14R00015 |
| STEPHANIE N. HOLLIFIELD | * | |
| | * | VIOLATIONS: |
| | * | 18 USC § 2312 |
| | * | 18 USC § 1029(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about December 18, 2013, to on or about December 27, 2013, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**CHARLES D. HOLLIFIELD, III and**
**STEPHANIE N. HOLLIFIELD**

knowingly and willfully with intent to defraud did obtain and use an unauthorized access device, to-wit: a Hancock Bank debit card, with the last four digits being -6744, which the defendants used to purchase goods and other things of value, and by such conduct did obtain items of value aggregating more than $1,000.00, which acts did affect interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT TWO

On or about December 21, 2013, in the Southern District of Alabama, Southern Division, the defendants,

**CHARLES D. HOLLIFIELD, III and**

**STEPHANIE N. HOLLIFIELD**

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a 2006 Pontiac GTO, VIN #6G2VX12U66L821285, from the State of Alabama to Kiln, State of Mississippi, knowing the same to be stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

A TRUE BILL

_____
FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
Daryl A. Atchison
Assistant U.S. Attorney

_____
John G. Cherry
Assistant U.S. Attorney
Chief, Criminal Division

MARCH 2014